■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATASHA O. ABRAHAMS, Appellant. [730 NYS2d 261] —Appeal from a judgment of the County Court of Broome County (Smith, J.), rendered September 1, 2000, which (1) revoked defendant's probation and imposed a sentence of imprisonment, and (2) convicted defendant upon her plea of guilty of the crime of attempted criminal possession of a controlled substance in the third degree.

The record demonstrates that defendant admitted to violating the terms of her probation and thereafter pleaded guilty to attempted criminal possession of a controlled substance in the third degree. In accordance with the plea agreements, defendant was resentenced to 3 to 9 years in prison in connection with the violation of probation and sentenced as a second felony offender to a concurrent prison term of 3 to 6 years on the attempted criminal possession conviction. Defense counsel now seeks to be relieved of his assignment as counsel for defendant on the basis that there are no nonfrivolous issues that can be raised on appeal. Upon our review of the record and defense counsel's brief, we agree. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (see, People v Stokes, 95 NY2d 633; People v Cruwys, 113 AD2d 979, lv denied 67 NY2d 650).

Cardona, P. J., Mercure, Spain, Carpinello and Mugglin, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.